# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 08-00139-CJC | Date: October 6, 2009 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Michelle Urie | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | Not | | X | Richard M. Marmaro | Not | | X |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING BROADCOM'S *EX PARTE* APPLICATION TO QUASH MR. RUEHLE'S RULE 17 SUBPOENA (fld 9/30/09)**

On or about September 16, 2009, Mr. Ruehle served a Rule 17(c) subpoena on Williams & Connolly, counsel for Mr. Ruehle's co-defendant, Henry Nicholas. The subpoena requests production of all documents identified in Attachment A to Lance Wade's September 16, 2009, letter to Michael Cielo. According to the letter, Williams & Connolly believes these documents are material to Mr. Ruehle's defense and were not included in Broadcom's productions that the government produced to Mr. Ruehle.

The government applied *ex parte* to quash Mr. Ruehle's subpoena on September 22, 2009. The Court denied the government's motion on September 28, 2009. Broadcom now applies *ex parte* to quash the subpoena. As explained in the September 28 order, Williams & Connolly has not objected to the subpoena. Broadcom has already produced the documents to Dr. Nicholas, Mr. Ruehle's co-defendant in this case. Broadcom is cooperating with the government and has stated that it will provide these documents to the government upon request, so it can assert no prejudice from their production to Mr. Ruehle. As a matter of fundamental fairness, Mr. Ruehle may seek documents that he believes are material to his defense from his co-defendant. Accordingly, Broadcom's *ex parte* application to quash the subpoena is DENIED.

jhp

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | mu | |