# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 08-00139-CJC | Date: October 6, 2009 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
| Interpreter | None | |

| Michelle Urie | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | Not | | X | Richard M. Marmaro | Not | | X |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING MR. RUEHLE'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE PRODUCTION OF IRELL NOTES (fld 9/30/09)**

Mr. Ruehle moves for a protective order to prevent Broadcom from producing notes taken by Irell & Manella ("Irell") to the government. Irell prepared these notes of witness interviews during the 2006 review of Broadcom's stock options granting processes. In light of the Ninth Circuit's September 30, 2009, finding that Mr. Ruehle's communications with Irell during this time were not made in confidence, Mr. Ruehle's motion for a protective order is DENIED.

jhp

: 0

Initials of Deputy Clerk  mu