UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 08-00139-CJC | Date | September 30, 2009 |
|---|---|---|---|

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Michelle Urie | Maria Dellaneve | Gregory W. Staples<br>Andrew D. Stolper<br>Robb C. Adkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | | X | X | Richard Marmaro | X | | X |
| | | | | Matthew D. Umhofer | X | | X |
| | | | | Jack P. DiCanio | X | | X |
| Henry T. Nicholas, III | X | | X | Barry Simon | X | | X |

Proceedings:
1. PRETRIAL CONFERENCE
2. DEFENDANT'S MOTIONS IN LIMINE
3. GOVERNMENT'S MOTION IN LIMINE

    Court's In Chambers Order Regarding Jury Questionnaire and Jury Questionnaire given to counsel before case called.  Pretrial conference held.  Court confers with counsel regarding tentative rulings on motions in limine and hears oral argument.  Court rules in accordance with tentative and GRANTS IN PART AND DENIES IN PART defendant's Motion in Limine No.'s 8, 15 and 23, GRANTS defendant's Motion in Limine No.'s 20 and 21 and DENIES defendant's Motion in Limine No.'s 1 through 7, 9 through 14, 16 through 19, 22 and 24 and government's Motion in Limine to exclude irrelevant evidence about other companies for reasons stated on the record.

    Court and counsel confer regarding jury questionnaire, jury trial proceedings and documents.  Court schedules a final pretrial conference for October 13, 2009 at 9:00 a.m.

4 : 36

Initials of Deputy Clerk  mu

cc: