# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACR 08-00139-CJC |
| Date | October 22, 2009 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Michelle Urie | Maria Dellaneve, Deborah Parker | Robb Adkins, Gregory Staples, Andrew Stolper |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | X | | X | Richard Marmaro | X | | X |
| | | | | Jack DiCanio | X | | X |

     Day COURT TRIAL      1st Day JURY TRIAL      Death Penalty Phase

     One day trial;   X   Begun (1st day);   X   Held & continued;      Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

     Opening statements made by _____

     Witnesses called, sworn and testified.

     Exhibits identified      Exhibits admitted

     Government rests.      Defendant(s) _____ rest.

     Motion for mistrial by _____ is    granted    denied    submitted

     Motion for judgment of acquittal (FRCrP 29) is    granted    denied    submitted

     Closing arguments made      Court instructs jury      Bailiff sworn

     Alternates excused      Jury retires to deliberate      Jury resumes deliberations

     Finding by Court as follows:      Jury Verdict as follows:

Dft #    Guilty on count(s)      Not Guilty on count(s)

     Jury polled      Polling waived

     Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict

     Dft #    Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

     Dft #    remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

     Bond exonerated as to Dft # _____

X   Case continued to   October 23, 2009 at 9:00 a.m.   for further trial/further jury deliberation.

     Other:

                                                                                                  7   :   10

Initials of Deputy Clerk   mu