# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACR 08-00139-CJC | Date | October 23, 2009 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Michelle Urie | Maria Dellaneve, Deborah Parker | Robb Adkins, Gregory Staples, Andrew Stolper |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | X | | X | Richard Marmaro | X | | X |
| | | | | Jack DiCanio | X | | X |

___ Day COURT TRIAL     2nd Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

X  Opening statements made by   the Government and Defendant.

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

X  Motion for mistrial by   Defendant   is   ___ granted   X denied   ___ submitted

___ Motion for judgment of acquittal (FRCrP 29)   is   ___ granted   ___ denied   ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___     Not Guilty on count(s) ___

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X  Case continued to   October 27, 2009 at 9:00 a.m.   for further trial/further jury deliberation.

___ Other:

                                                                                  4  :  30
                                                    Initials of Deputy Clerk   mu

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1