# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | SACR 08-00139-CJC | Date: October 27, 2009 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
| Interpreter | None | |

| Michelle Urie | Maria Dellaneve, Deborah Parker | Robb Adkins, Gregory Staples, Andrew Stolper |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | X | | X | Richard Marmaro | X | | X |
| | | | | Jack DiCanio | X | | X |

\_\_\_\_ Day COURT TRIAL    3rd Day JURY TRIAL    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    X Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_    \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled    \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to October 28, 2009 at 8:45 a.m. for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                                            5 : 31
                                                Initials of Deputy Clerk  mu