# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 08-00139-CJC |
| Date | November 25, 2009 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Michelle Urie | Not Reported | Gregory W. Staples - Not Present<br>Robb C. Adkins - Not Present<br>Andrew D. Stolper - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William J. Ruehle | Not | | X | Jack P. DiCanio | Not | | X |
| | | | | Richard Marmaro | Not | | X |
| | | | | Matthew D. Umhofer | Not | | X |

Proceedings: **(IN CHAMBERS) ORDER SCHEDULING HEARING ON MR. RUEHLE'S MOTIONS FOR DEFENSE WITNESS IMMUNITY FOR HENRY SAMUELI AND DAVID DULL (fld 11/24/09)**

The motions for defense witness immunity warrant immediate attention and resolution. The Court hereby schedules a hearing on the motions for Monday, November 30, 2009, at 2:30 p.m. The Clerk shall notify counsel for the two witnesses that their appearance at the hearing is required.

| | : | 0 |
|---|---|---|
| | Initials of Deputy Clerk | mu |

cc: