RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW DONALD UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SACR 08-139-CJC |
| Plaintiff, | [PROPOSED] ORDER EXONERATING BOND |
| vs. | |
| HENRY T. NICHOLAS III and WILLIAM J. RUEHLE, | |
| Defendants. | |

Judge: The Honorable Cormac J. Carney

1  The indictment in this matter having been dismissed and judgment of acquittal
2  having been granted as to William J. Ruehle, IT IS HEREBY ORDERED that the
3  bond as to Mr. Ruehle is EXONERATED pursuant to Rule 46 of the Federal Rule of
4  Criminal Procedure.

6  DATED: January 15, 2010        By:_____
7           HONORABLE CORMAC J. CARNEY
          United States District Court Judge

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____/s/ Matthew Donald Umhofer_____
      Matthew Donald Umhofer
  Attorneys for Defendant William J. Ruehle

[PROPOSED] ORDER EXONERATING BOND No. SACR 08-139-CJC